**Antimo PETRACCI, alias Mike Petrucchia, v. UNITED STATES of America.**

No. 5888.

Circuit Court of Appeals, Sixth Circuit.

June 13, 1931.

Thos. E. Antonelli, of Youngstown, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court affirmed by court order.